This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-39271

**CYNTHIA BARELA and RODULFO FERNANDEZ,**

Petitioners-Appellants,

v.

**TAMARA DE LOS SANTOS and ALBERT JUSTIN FERNANDEZ,**

Respondents-Appellees.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY Michael H. Stone, District Judge**

Law Offices of Ross Bettis
Ross R. Bettis
Hobbs, NM

for Appellants

Laura K. Castillo
Hobbs, NM

for Appellees

### MEMORANDUM OPINION

**MEDINA, Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired. **REVERSED.**

**{2}    IT IS SO ORDERED.**

**JACQUELINE R. MEDINA, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**JANE B. YOHALEM, Judge**